UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN ROBERT DEMOS, *et al.*, | : | Case No. 1:15-cv-620 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| v. | : | |
| | : | |
| PROCTOR & GAMBLE, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 3)
AND DISMISSING THE COMPLAINT
AS TO PLAINTIFF SOCIETY OF T.R.U.T.H.**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on October 15, 2015, submitted a Report and Recommendation. (Doc. 3). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. The Court notes that the Report and Recommendation incorrectly included the Society of T.R.U.T.H. as a Defendant in this action, as the caption of the complaint lists the Plaintiffs as "John Robert Demos & The Society of T.R.U.T.H." The complaint does not identify the Society of T.R.U.T.H. or provide any

factual allegation involving this entity.[1]  However, the complaint indicates that Demos purports to bring this action in the capacity of a private attorney general.

To the extent that Demos intends to represent the Society of T.R.U.T.H., he may <u>not</u> do so, as he is not a licensed attorney and may not represent the rights or interests of another.  *See* 28 U.S.C. § 1654; *see also Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993) (all artificial entities, such as corporations, partnerships, or associations, may only appear in federal court through a licensed attorney); *Shepherd v. Wellman*, 313 F.3d 963, 970 (6th Cir. 2002) ("[Section 1654] does not permit plaintiffs to appear pro se where interests other than their own are at stake.").  In addition, Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's individual name, or, if the party is not represented by an attorney, shall be signed by the party."  Fed. R. Civ. P. 11(a).  Pleadings not signed on behalf of a party or licensed attorney are subject to dismissal.  *See, e.g., Russell v. Ohio Adult Parole Authority,* No. 1:06-cv-873, 2007 WL 129000, at *5 (S.D. Ohio Jan. 12, 2007); *Keyway Leasing Trust v. U.S.*, No. 1:98-cv-796, 1999 WL 810386, at *2 (W.D. Mich. Aug. 26, 1999).  Because Demos may not represent the Society of T.R.U.T.H. and this party or a licensed attorney on its behalf has not signed the complaint, the complaint should be dismissed as to the Society of T.R.U.T.H.

---

[1]Although the complaint in this action does not include factual allegations regarding the Society of T.R.U.T.H., in a previous action Demos described the Society of T.R.U.T.H. as a "religious order, a philanthropic order, and a 'world' order, which 'seeks to re-make, revamp, and re-teach the world.'"  *Demos v. United States*, No. 10-104, 2010 WL 4530249, at *1 (W.D. Pa. Oct. 8, 2010).

Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.  In addition, the complaint is dismissed as to Plaintiff Society of T.R.U.T.H.  Accordingly:

1. The Report and Recommendation (Doc. 3) is **ADOPTED**;

2. Plaintiff Demos' motion to proceed *in forma pauperis* is **DENIED**;

3. The complaint is dismissed as to Plaintiff Society of T.R.U.T.H.; and

4. Plaintiff Demos shall pay the $400 filing fee within thirty (30) days.  Failure to pay the full $400 filing fee within thirty days will result in the dismissal of this action.

**IT IS SO ORDERED**.

Date:  11/12/15

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge