UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN ROBERT DEMOS, *et al.*, | : Case No. 1:15-cv-620 |
| Plaintiffs, | : Judge Timothy S. Black |
| v. | : Magistrate Judge Stephanie K. Bowman |
| PROCTER & GAMBLE, | : |
| Defendant. | : |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 5)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the filings this Court and, on October 15, 2015, submitted a Report and Recommendation. (Doc. 3). On November 12, 2015, the Court adopted the Report and Recommendation and ordered Plaintiff to pay the full filing fee within thirty (30) days. (Doc. 4). Plaintiff was advised that if he failed to comply with the Order this case would be dismissed. (*Id.*).

Plaintiff failed to pay the filing fee as required. Accordingly, on December 17, 2015, the Magistrate Judge submitted a Report and Recommendation recommending that this matter be dismissed for lack of prosecution. (Doc. 5). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 5) is **ADOPTED**;

2. This action is **DISMISSED** for lack of prosecution; and

3. The Clerk shall enter judgment accordingly, whereupon this civil action is **TERMINATED** in this Court.

**IT IS SO ORDERED**.

Date: 1/6/16

Timothy S. Black
United States District Judge